IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALAN CONTRERAS,<br><br>    Plaintiff,<br><br>v.<br><br>ENDURANCE WARRANTY SERVICES, LLC,<br><br>    Defendant. | § § § § § § § § § § § § § §    Case No. 3:23-CV-00039-DCG |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alan Contreras ("Plaintiff"), and Defendant Endurance Warranty Services, LLC ("Defendant") (collectively, the "Parties") stipulate to dismiss this action as to Defendant in its entirety with prejudice. Each party shall bear its own costs and expenses.

Dated: March 27, 2023

| | |
|---|---|
| _____<br>Alan Contreras<br>2205 Yellow Valley Rd.<br>Socorro, TX 79927<br>Tel: (915) 263-2995<br>acon.ford80@gmail.com<br><br>*PRO SE* **PLAINTIFF** | MORRISON & FOERSTER LLP<br><br>By: /s/ Brian C. Nash_____<br>  Brian C. Nash (TX Bar No. 24051103)<br>  701 Brazos Street, Suite 1100<br>  Austin, TX 78701<br>  Tel: (737) 309-0654<br>  BNash@mofo.com<br><br>ATTORNEY FOR DEFENDANT<br>ENDURANCE WARRANTY SERVICES, LLC |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system on March 27, 2023. All other counsel will be served via electronic mail.

                                                                    */s/ Brian C. Nash*
                                                                    Brian C. Nash