UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALAN CONTRERAS, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> ENDURANCE WARRANTY SERVICES, § <br> LLC, § <br> § <br> *Defendant*. § | EP-23-CV-00039-DCG |

ORDER DISMISSING CASE

Plaintiff Alan Contreras and Defendant Endurance Warranty Services, LLC have filed a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Stipulation, ECF No. 7. Consequently, the Court issues the following orders:

All claims asserted by Plaintiff Alan Contreras in this action against Defendant Endurance Warranty Services, LLC are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses.

The Clerk of Court shall **CLOSE** this case.

**So ORDERED and SIGNED this 27th day of March 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE